**Form 128**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Melinda L. Baker** : | Case No. 13−11193−TPA |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper : | |
| *Movant,* : | |
| : | Related to Claim No. 8 |
| v. : | |
| Melinda L. Baker : | |
| *Respondent.* : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  3/30/2018 .

Dated: March 16, 2018

Melissa Guthrie
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-11193-TPA
Melinda L. Baker                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut         Page 1 of 1         Date Rcvd: Mar 16, 2018
                          Form ID: 128       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2018.
aty         +Daniel P. Foster,   Foster Law Offices,   PO Box 966,   Meadville, PA 16335-6966
            +Matthew C. Waldt, Esq.,   Milstead & Associates, LLC,   1 E. Stow Rd.,   Marlton, NJ 08053-3118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2018 at the address(es) listed below:
    Ann E. Swartz    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com
    Daniel P. Foster    on behalf of Debtor Melinda L. Baker dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
    James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pawb@fedphe.com,
     james.prostko@phelanhallinan.com
    Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
     mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 7