Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Melinda L. Baker**
  Debtor(s)

Bankruptcy Case No.: 13–11193–TPA
Related to Docket No. 104
Chapter: 13
Docket No.: 105 – 104
Concil. Conf.: June 5, 2018 at 03:00 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 10, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 24, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 5, 2018** at **03:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 26, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-11193-TPA
Melinda L. Baker                                                                    Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0315-1           User: gamr              Page 1 of 2                  Date Rcvd: Mar 26, 2018
                               Form ID: 213            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
```
db            +Melinda L. Baker,    1828 Mercer Road,    Jackson Center, PA 16133-1208
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,   Bankruptcy Dept.,
               Lewisville, TX 75067)
13719750      +BAC Home Loans Servicing, LP,    2380 Performance Drive,    Building C,   Mail Stop: R,
               Richardson, TX 75082-4333
13719749      +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    Plano, TX 75024-4100
13719751      +Bank of America, NA,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13719756     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13744010       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13719752      +Capital One, N.a.,    C/O American Infosource,    Po Box 71083,    Charlotte, NC 28272-1083
13719754      +Chase Card Services,    201 North Walnut Street,    Attn: Mark Pascale,   Mail Stop: De1-1406,
               Wilmington, DE 19801-2920
13719755      +CifiFinancial Services, Inc.,    7219 Commerce Street,    Springfield, VA 22150-3411
13719757      +Countryway Insurance Company,    224 Harrison Street,    Suite 800,   Syracuse, NY 13202-3133
13719758      +Countrywide Home Lending,    Attention: Bankruptcy CA6-919-01-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
13719761      +Department Stores National Bak / Macy's,    NCO Financial Systems, Inc.,   PO Box 4275,
               Norcross, GA 30091-4275
13719762      +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
13719764      +Grove City Medical Center,    631 North Broad Street Extension,    Grove City, PA 16127-4603
13719765      +Hsbc Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
13719766      +JD Byrider Systems, Inc.,    12802 Hamilton Crossing,    Carmel, IN 46032-5424
13734862      +James C. Warmbrodt, Esquire,    1400 Koppers Building,    436 Seventh Avenue,
               Pittsburgh, PA 15219-1842
13719767      +Macy's / Fdsb,    Macy's Bankruptcy,    PO Box 8053,   Mason, OH 45040-8053
13719768      +Mercer County State Bank,    PO Box 38,    Sandy Lake, PA 16145-0038
13719772      +National Bankruptcy Services, LLC,    c/o Hilary B. Bonial,    14841 Dallas Pkwy # 300,
               Dallas, TX 75254-7883
13719775      +Parson Bishop Collection,    7870 Carmargo Road,    Cincinnati, OH 45243-2695
13719777      +Phelan Hallinan LLP,    c/o Jonathan D. Lobb,    1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
13719781      +Udren Law Offices, PC,    c/o Sherri J. Braunstein,    Woodcrest Corporate Center,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
13719782      +Verizon,    140 West Street,   New York, NY 10007-2123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13762376       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2018 02:34:45
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
13719748      +E-mail/Text: bnc-applied@quantum3group.com Mar 27 2018 02:23:22     Applied Card Bank,
               PO Box 70165,    Philadelphia, PA 19176-0165
13719753      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2018 02:34:19      Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
13719759      +E-mail/Text: abovay@creditmanagementcompany.com Mar 27 2018 02:23:25
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13719760      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2018 02:26:40     Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
13719763      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:57      GE Money Bank,
               C/O Recovery Management Systems Corp,    25 SE 2nd Avenue,    Suite 1120,   Miami, FL 33131-1605
13734860      +E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 02:22:19     Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13796583       E-mail/Text: bkr@cardworks.com Mar 27 2018 02:22:12      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13719769      +E-mail/Text: bkr@cardworks.com Mar 27 2018 02:22:12      Merrick Bank,   Po Box 23356,
               Pittsburgh, PA 15222-6356
13719770      +E-mail/Text: bkr@cardworks.com Mar 27 2018 02:22:12      Merrick Bank,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13719771      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2018 02:34:45      Midland Funding LLC,
               as American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX 77210-4457
13719774      +E-mail/Text: bankruptcynotices@psecu.com Mar 27 2018 02:23:33
               PA State Employees Credit Union,    1 Credit Union Place,    Harrisburg, PA 17110-2912
13719776      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2018 02:22:34      Pennsylvania Dept. of Revenue,
               Department 280946,    PO Box 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
13719778      +E-mail/Text: csidl@sbcglobal.net Mar 27 2018 02:23:26      Premier Bankcard / Charter,
               PO Box 2208,    Vacaville, CA 95696-8208
13719779      +E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2018 02:26:39      Recovery Management Systems Corp.,
               25 SE Second Avenue,    Suite 1120,   Miami, FL 33131-1605
13719780      +E-mail/Text: bankruptcy@sccompanies.com Mar 27 2018 02:23:58      Seventh Avenue,
               c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
                                                                                              TOTAL: 16
```

```
District/off: 0315-1          User: gamr                Page 2 of 2                  Date Rcvd: Mar 26, 2018
                              Form ID: 213              Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE LLC
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
13734858*       +Capital One, N.a.,    C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
13734861*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Office of District Counsel,
                 1000 Liberty Center,    Suite 601C,    Pittsburgh, PA 15222)
13734859*        Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
13719773*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage,    PO Box 630267,    Irving, TX 75063)
13808889*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,    Attention Bankruptcy Department,
                 350 Highland Drive,    Lewisville, Texas 75067)
13784734*       +Premier Bankcard/Charter,    PO Box 2208,    Vacaville, CA 95696-8208
                                                                                     TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor Melinda L. Baker dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```