Form 309

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Melinda L. Baker** | : | Case No. 13–11193–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 15th of May, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 13-11193-TPA
Melinda L. Baker                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar                Page 1 of 2              Date Rcvd: May 15, 2018
                               Form ID: 309              Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
```
db             +Melinda L. Baker,    1828 Mercer Road,    Jackson Center, PA 16133-1208
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,    Bankruptcy Dept.,
                Lewisville, TX 75067)
13719751       +Bank of America, NA,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13719756      ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,     300 Saint Paul Place,    Baltimore, MD 21202)
13719755       +CifiFinancial Services, Inc.,    7219 Commerce Street,    Springfield, VA 22150-3411
13719757       +Countryway Insurance Company,    224 Harrison Street,    Suite 800,    Syracuse, NY 13202-3133
13719764       +Grove City Medical Center,    631 North Broad Street Extension,     Grove City, PA 16127-4603
13719766       +JD Byrider Systems, Inc.,    12802 Hamilton Crossing,    Carmel, IN 46032-5424
13734862       +James C. Warmbrodt, Esquire,    1400 Koppers Building,    436 Seventh Avenue,
                Pittsburgh, PA 15219-1842
13719768       +Mercer County State Bank,    PO Box 38,    Sandy Lake, PA 16145-0038
13719772       +National Bankruptcy Services, LLC,    c/o Hilary B. Bonial,    14841 Dallas Pkwy # 300,
                Dallas, TX 75254-7883
13719775       +Parson Bishop Collection,    7870 Carmargo Road,    Cincinnati, OH 45243-2695
13719777       +Phelan Hallinan LLP,    c/o Jonathan D. Lobb,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
13719781       +Udren Law Offices, PC,    c/o Sherri J. Braunstein,    Woodcrest Corporate Center,
                111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13762376        EDI: AIS.COM May 16 2018 05:23:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,   Oklahoma City, OK 73124-8838
13719748       +EDI: APPLIEDBANK.COM May 16 2018 05:23:00      Applied Card Bank,    PO Box 70165,
                Philadelphia, PA 19176-0165
13719750       +EDI: BANKAMER.COM May 16 2018 05:23:00      BAC Home Loans Servicing, LP,
                2380 Performance Drive,    Building C,    Mail Stop: R,   Richardson, TX 75082-4333
13719749       +EDI: BANKAMER.COM May 16 2018 05:23:00      BAC Home Loans Servicing, LP,    7105 Corporate Drive,
                Plano, TX 75024-4100
13744010        EDI: CAPITALONE.COM May 16 2018 05:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
13719752       +EDI: CAPITALONE.COM May 16 2018 05:23:00      Capital One, N.a.,    C/O American Infosource,
                Po Box 71083,   Charlotte, NC 28272-1083
13719753       +EDI: AIS.COM May 16 2018 05:23:00      Capital One, N.a.,    C/O American Infosource,
                Po Box 54529,   Oklahoma City, OK 73154-1529
13719754       +EDI: CHASE.COM May 16 2018 05:23:00      Chase Card Services,    201 North Walnut Street,
                Attn: Mark Pascale,   Mail Stop: De1-1406,     Wilmington, DE 19801-2920
13719758       +EDI: BANKAMER.COM May 16 2018 05:23:00      Countrywide Home Lending,
                Attention: Bankruptcy CA6-919-01-41,    Po Box 5170,    Simi Valley, CA 93062-5170
13719759       +E-mail/Text: abovay@creditmanagementcompany.com May 16 2018 01:28:27
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13719760       +EDI: RCSFNBMARIN.COM May 16 2018 05:23:00      Credit One Bank,    Po Box 98875,
                Las Vegas, NV 89193-8875
13719761       +EDI: TSYS2.COM May 16 2018 05:23:00      Department Stores National Bak / Macy’s,
                NCO Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
13719762       +EDI: AMINFOFP.COM May 16 2018 05:23:00      First Premier Bank,    3820 North Louise Avenue,
                Sioux Falls, SD 57107-0145
13719763       +EDI: RMSC.COM May 16 2018 05:23:00      GE Money Bank,    C/O Recovery Management Systems Corp,
                25 SE 2nd Avenue,    Suite 1120,    Miami, FL 33131-1605
13719765       +EDI: HFC.COM May 16 2018 05:23:00      Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13734860       +EDI: IRS.COM May 16 2018 05:23:00      Internal Revenue Service,
                Centralized Insolvency Operations,     PO Box 7346,    Philadelphia, PA 19101-7346
13796583        EDI: MERRICKBANK.COM May 16 2018 05:23:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,   Greenville, SC 29603-0368
13719767       +EDI: TSYS2.COM May 16 2018 05:23:00      Macy’s / Fdsb,    Macy’s Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053
13719769       +EDI: MERRICKBANK.COM May 16 2018 05:23:00      Merrick Bank,    Po Box 23356,
                Pittsburgh, PA 15222-6356
13719770       +EDI: MERRICKBANK.COM May 16 2018 05:23:00      Merrick Bank,    c/o Resurgent Capital Services,
                PO Box 10368,   Greenville, SC 29603-0368
13719771       +EDI: AIS.COM May 16 2018 05:23:00      Midland Funding LLC,    as American InfoSource LP as agent,
                Attn: Department 1,   PO Box 4457,    Houston, TX 77210-4457
13719774       +E-mail/Text: bankruptcynotices@psecu.com May 16 2018 01:28:31
                PA State Employees Credit Union,     1 Credit Union Place,    Harrisburg, PA 17110-2912
13719776       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:28:05      Pennsylvania Dept. of Revenue,
                Department 280946,    PO Box 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
13719778       +E-mail/Text: csidl@sbcglobal.net May 16 2018 01:28:27      Premier Bankcard / Charter,
                PO Box 2208,   Vacaville, CA 95696-8208
13719779       +EDI: RECOVERYCORP.COM May 16 2018 05:23:00      Recovery Management Systems Corp.,
                25 SE Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13719780       +EDI: CBS7AVE May 16 2018 05:24:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                PO Box 740933,   Dallas, TX 75374-0933
```

```
District/off: 0315-1          User: jmar                  Page 2 of 2                   Date Rcvd: May 15, 2018
                              Form ID: 309                Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13719782       +EDI: VERIZONCOMB.COM May 16 2018 05:24:00      Verizon,   140 West Street,
                 New York, NY 10007-2123
                                                                                             TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
13734858*      +Capital One, N.a.,   C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
13734861*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Office of District Counsel,
                 1000 Liberty Center,   Suite 601C,   Pittsburgh, PA 15222)
13734859*       Internal Revenue Service,   Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
13719773*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,   PO Box 630267,   Irving, TX 75063)
13808889*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,   Attention Bankruptcy Department,
                 350 Highland Drive,   Lewisville, Texas 75067)
13784734*      +Premier Bankcard/Charter,   PO Box 2208,   Vacaville, CA 95696-8208
                                                                                     TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Debtor Melinda L. Baker dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```