**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MELINDA L. BAKER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:13-11193 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/25/2013 and confirmed on 02/27/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,700.00 |
| Less Refunds to Debtor | 1,300.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,400.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,492.12 | |
| Trustee Fee | 1,878.38 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,370.50 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1724 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 5,004.15 | 5,004.15 | 0.00 | 5,004.15 |
| Acct: 1724 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 34,389.88 | 0.00 | 34,389.88 |
| Acct: 1724 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1724 | | | | |
| INTERNAL REVENUE SERVICE* | 19,366.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0250 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 1,446.06 | 1,446.06 | 189.41 | 1,635.47 |
| Acct: 1846 | | | | |
| | | | | 41,029.50 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MELINDA L. BAKER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 13-11193 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|    MELINDA L. BAKER | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    DANIEL P FOSTER ESQ** | 3,500.00 | 3,492.12 | 0.00 | 0.00 |
|       Acct: | | | | |
|    DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    INTERNAL REVENUE SERVICE* | 19,013.88 | 0.00 | 0.00 | 0.00 |
|       Acct: 0250 | | | | |
|    PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0250 | | | | |
|    NATIONSTAR MORTGAGE LLC(*) | 1,950.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1724 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|    APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    CAPITAL ONE BANK NA** | 1,694.22 | 0.00 | 0.00 | 0.00 |
|       Acct: 6291 | | | | |
|    CAPITAL ONE BANK NA** | 1,169.83 | 0.00 | 0.00 | 0.00 |
|       Acct: 3858 | | | | |
|    JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6548 | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4294 | | | | |
|    CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9465 | | | | |
|    NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1720 | | | | |
|    PREMIER BANKCARD/CHARTER | 454.76 | 0.00 | 0.00 | 0.00 |
|       Acct: 289R | | | | |
|    RECOVERY MGT SYSTEMS CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5120 | | | | |
|    HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    JD BYRIDER CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    MERCER COUNTY STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    MERRICK BANK | 1,858.32 | 0.00 | 0.00 | 0.00 |
|       Acct: 3989 | | | | |
|    MIDLAND FUNDING LLC BY AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    NATIONAL BANKRUPTCY SERVICES LLC (I | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    PA STATE EMPLOYEES CRDT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    PARSON BISHOP NAT'L CLLCTN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4960 | | | | |
|    PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    RECOVERY MGT SYSTEMS CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |

| 13-11193 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   SEVENTH AVENUE | 610.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 6570 | | | | |
|   SHERRI J BRAUNSTEIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 720.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   INTERNAL REVENUE SERVICE* | 13,216.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 0250 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 41,029.50 |
|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 20,963.88 |
|---|---:|
| SECURED | 25,816.81 |
| UNSECURED | 19,724.73 |

Date: 10/12/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com